834

**Willie HAMILTON**

v.

**STATE**

**CR-14-0073**

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/13/2015

Affirmed

**Alphonso Dudley GILLIS**

v.

**STATE**

**CR-14-0081**

Court of Criminal Appeals of Alabama.

02/06/2015

Dismissed

---

**Cornelius BILLINGSLY**

v.

**STATE**

**CR-14-0074**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

---

**Richard Morris CLARK**

v.

**STATE**

**CR-14-0079**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

---

**Kenneth WALKER**

v.

**STATE**

**CR-14-0087**

Court of Criminal Appeals of Alabama.

03/06/2015

Reh. denied 03/27/2015

Affirmed